DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BYRON ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2610
_____

November 21, 2025

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Byron Anderson, pro se.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.